UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BRIAN DUNN,                    )
                               )
         Plaintiff,            )
                               )    CIVIL ACTION
    vs.                        )
                               )    NO. CV404-025
CSX TRANSPORTATION, INC.,      )
                               )
         Defendant.            )
_____)

Deposition of RAILSERVE, INC., (TIM BENJAMIN), taken by counsel for Plaintiff, pursuant to notice and agreement, under the Federal Rules of Civil Procedure, before Robert E. Houston, Certified Court Reporter, at the law offices of Jones, Boykin, Stacy & Associates, 213 East 38th Street, Savannah, Georgia, June 22nd, 2004, commencing at 9:16 a.m.

**TOM CRITES & ASSOCIATES INTERNATIONAL, INC.**
A PROFESSIONAL ASSOCIATION OF STENOTYPE REPORTERS
POST OFFICE BOX 9438
SAVANNAH, GEORGIA 31412
(912) 233-1883

(GEORGIA)                                    (ALL OTHER STATES)
(800) 533-0681                                  (800) 631-3480